**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 24, 2020

**BY ECF**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Mario Alberto Ramos et al.*, 20 Cr. 29 (JPO)

Dear Judge Oetken:

A conference in the above-captioned case is currently scheduled for April 27, 2020. The Government respectfully requests, with the consent of defense counsel and in light of the ongoing COVID-19 pandemic, that the conference be adjourned by approximately forty-five days. The Government further respectfully requests, with the consent of defense counsel, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act. Such an exclusion would be in the interests of justice as it would, among other things, allow the parties time to continue discussions concerning a pretrial dispositions of this matter. *See* 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _/s/ Daniel Nessim_____
Daniel G. Nessim
Assistant United States Attorney
(212) 637-2486

> Granted. The pretrial conference is hereby adjourned to June 15, 2020, at 3:00 pm. Time is excluded through June 15, 2020, under the Speedy Trial Act, 18 U.S.C § 3161(h)(7)(A), the Court finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
> So ordered.
> April 24, 2020

_____
J. PAUL OETKEN
United States District Judge