Case 1:20-cr-00029-JPO   Document 23   Filed 06/12/20   Page 1 of 1



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 10, 2020

**BY ECF**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Mario Alberto Ramos et al.*, 20 Cr. 29 (JPO)

Dear Judge Oetken:

       A conference in the above-captioned case is currently scheduled for June 15, 2020. The Government respectfully requests, with the consent of defense counsel and in light of the ongoing COVID-19 pandemic, that the conference be adjourned by approximately forty-five days. The Government further respectfully requests, with the consent of defense counsel, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act. Such an exclusion would be in the interests of justice as it would, among other things, allow the parties time to continue discussions concerning a pretrial dispositions of this matter. *See* 18 U.S.C. § 3161(h)(7)(A).

> Granted. The June 15, 2020 pretrial conference is adjourned to July 30, 2020 at 2:30 P.M.
> Time is excluded through July 30, 2020, under the Speedy Trial Act, 18 U.S.C § 3161(h)(7)(A), the Court finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
> So ordered.
> June 10, 2020

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

*Daniel Nessim*
_____
Daniel G. Nessim
Assistant United States Attorney
(212) 637-2486

_____
J. PAUL OETKEN
United States District Judge