UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

              -v-

Mario Alberto Ramos,
              Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

20-cr-29   (JPO)

Defendant  Mario Ramos   hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

_X_ Felony Plea/Trial/Sentence


/s/ Mario Alberto Ramos
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

*Ken Womble*
Defense Counsel's Signature

Mario Alberto Ramos
Print Defendant's Name

Ken Womble
Print Defense Counsel's Name


This proceeding was conducted by reliable telephone conferencing technology and the dial-in information for the call was publicly available and provided to the press.

November 10, 2020
Date

_____
J. PAUL OETKEN
United States District Judge