# ZEMAN & WOMBLE, LLP

KEN WOMBLE  
20 VESEY STREET, RM 400  
NEW YORK, NY 10007

P  (718) 514 - 9100  
F  (917) 210 - 3700  
WOMBLE@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

February 16, 2021

BY ECF & EMAIL  
Hon. J. Paul Oetken  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, NY 10007

Re:   *United States v. Mario Alberto Ramos*  
      20 Cr. 29 (JPO)

Dear Judge Oetken:

I write to request a two-week adjournment of the sentencing currently scheduled for February 17, 2021. I apologize but I was unaware that the sentencing hearing was scheduled to be in-person and I do not wish for my client to be brought to court because of the mandatory quarantine protocol that would await him upon his return to the facility. Additionally, I am not in New York City and will not return until Friday, February 19, 2021.

I have discussed with my client his right to be present and he consents to proceeding with the sentencing hearing either via video or teleconference at the Court's earliest convenience. I have discussed this matter with my client and he consents to proceed with remote sentencing.

Thank you for your consideration of this request.

> Granted.
> Sentencing is hereby adjourned to March 2, 2021, at 9:00 a.m.
>   So ordered:
>   2/17/2021

Respectfully Submitted,

*Ken Womble*

Ken Womble  
Zeman & Womble, LLP

_____  
J. PAUL OETKEN  
United States District Judge