UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

UNITED STATES OF AMERICA

                         -v-

Mario Alberto Ramos,

                                   Defendant.

----------------------------------------------------------------X

**WAIVER OF RIGHT TO BE
PRESENT AT CRIMINAL
PROCEEDING**


**20-CR-29 (JPO)**

**Check Proceeding that Applies**


__X__    Sentence

    I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time of my sentence and to speak directly in that courtroom to the judge who will sentence me. I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse.  I do not wish to wait until the end of this emergency to be sentenced and I do not wish to be quarantined upon return to the jail facility. I have discussed these issues with my attorney and willingly give up my right to be present, at the time my sentence is imposed, in the courtroom with my attorney and the judge who will impose that sentence.  By signing this document, I wish to advise the court that I willingly give up my right to appear in a courtroom in the Southern District of New York for my sentencing proceeding as well as my right to have my attorney next to me at the time of sentencing on the following conditions.  I want my attorney to be able to participate in the proceeding and to be able to speak on my behalf at the proceeding.   I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so.


Date: 2/16/21    Mario Alberto Ramos                          /s/Mario Alberto Ramos
                 Print Name                                  Signature of Defendant


Approved:
2/17/2021


_____
        J. PAUL OETKEN
   United States District Judge