# ZEMAN & WOMBLE, LLP

KEN WOMBLE　　　　　　　　　　　　　　　　　　　　　　　　P  (718) 514 - 9100
20 VESEY STREET, RM 400　　　　　　　　　　　　　　　　　　F  (917) 210 - 3700
NEW YORK, NY 10007　　　　　　　　　　　　　　WOMBLE@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

May 7, 2021

BY ECF & EMAIL
Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: *United States v. Mario Alberto Ramos*
     20 Cr. 29 (JPO)

Dear Judge Oetken:

  I represented Mr. Ramos in the above-referenced matter pursuant to Criminal Justice Act 18 U.S.C. §3006A, from the inception of his case through sentencing. Mr. Ramos was sentenced to 60 months incarceration by Your Honor on March 11, 2021. That same day, on behalf of Mr. Ramos, I submitted a petition directly to the warden of MDC Brooklyn requesting compassionate release pursuant to 18 U.S.C. §3582(c)(1)(a) or a sentence reduction pursuant to 18 U.S.C. §4205(g). Warden Tellez denied those petitions on March 16, 2021 and I filed the pending motion requesting compassionate release/sentence reduction with this Court on March 31, 2021.

  I respectfully request CJA reappointment *nunc pro tunc* to March 11, 2021, to cover the post-sentence work I have performed on Mr. Ramos' compassionate release/sentence reduction petitions and motion pursuant to *United States v. Brooker*, No. 19-3218, WL 5739712 (2d Cir. Sept. 25, 2020).

  Thank you for your consideration of this request.

Granted.
So ordered.
5/10/2021

Respectfully Submitted,

*Ken Womble*

Ken Womble
Zeman & Womble, LLP

_____
J. PAUL OETKEN
United States District Judge